UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

     Thomas J. Nicholl and
     Stephanie V. Nicholl,
               Debtors.

--------------------------------------------       BKY 16-50729
                                       ADV 16-5040

Pankratz Trucking and Excavating, LLC,
Altrichter Trucking, LLC, Shayne Pankratz,
Trista Pankratz, and Pat Altrichter,


           Plaintiffs,

vs.                                        **JUDGMENT**

Thomas J. Nicholl and
Stephanie V. Nicholl,


           Defendants.

_____

     This proceeding came before the court, and a decision or order for judgment was duly

rendered, the Honorable Robert J. Kressel, United States Bankruptcy Judge, presiding.

     IT IS ORDERED:

1.     Defendant Stephanie Nicholl's debts, if any, to the plaintiffs are not excepted
       from her discharge.

2.     Defendant Thomas Nicholl's debt to plaintiff Altrichter Trucking, LLC., is
       excepted from his discharge in the amount of $10,787.30.

3.     Defendant Thomas Nicholl's debt to plaintiff Pankratz Trucking is excepted from
       his discharge in the amount of $5,000.00.

4.     Thomas Nicholl's debts, if any, to the plaintiffs are otherwise not excepted from
       his discharge.


Dated: March 21, 2017               Lori Vosejpka,
At: Duluth, Minnesota           Clerk of Bankruptcy Court

                                   By: /e/ Anita  Miller
                                   Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/21/2017*
Lori Vosejpka, Clerk, by AMM